USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB SEBASTIAN MURPHY,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, I.C. SYSTEM, INC., and SNAP RECOVERY, INC. D/B/A SNAP DEBT RECOVERY,

Defendants.

26-cv-6940 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiff informing the Court that he and Defendant Snap Recovery, Inc. d/b/a Snap Debt Recovery ("Snap") have reached a settlement in principle [ECF No. 28]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued as to Snap without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 23, 2026. If no such application is made by that date, today's dismissal of the action as to Snap is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The Court will not retain jurisdiction to enforce a settlement. *See* Individual R. of Prac. In Civ. Cases 6.C.

**SO ORDERED.**

**Date: October 22, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**