CONSUMER ATTORNEYS

**Moshe O. Boroosan | Attorney**
D: (718) 874-6960
E: mboroosan@consumerattorneys.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/25/2026

November 23, 2026

Via ECF
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Murphy v. Snap Recovery, Inc. d/b/a Snap Debt Recovery*
No. 1:26-cv-06940-MKV (S.D.N.Y.) – Unopposed Motion to Extend Time

Dear Judge Vyskocil:

We represent Plaintiff Jacob Sebastian Murphy in the above-referenced case and write on behalf of Defendant Snap Recovery, Inc. d/b/a Snap Debt Recovery ("Snap") to request a 45-day extension of time to dismiss Plaintiff's claims against Defendant Snap only, on or until January 7, 2027.

Plaintiff filed a Notice of Settlement for Snap on October 14, 2026 (ECF No. 28). Under Court's Order of Dismissal issued October 22, 2026 [ECF029], Plaintiff and Defendant Snap are required to file dismissal papers. If no such application is made by that date, today's dismissal of the action as to Snap is with prejudice

The Parties have diligently documented their settlement and expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of Snap) within forty-five (45) days after the current November 23, 2026 deadline.

Therefore, the Parties stipulate and respectfully request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant Snap only to January 7, 2027. This is Snap's first request for an extension. The requested extension will not affect any other deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Moshe O. Boroosan*
MOSHE O. BOROOSAN

cc: All Counsel of Record via ECF

**Granted. SO ORDERED.**

Date: 11/25/2026
New York, New York

Mary Kay Vyskocil
United States District Judge